UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LINKSMART WIRELESS
TECHNOLOGY, LLC

      Plaintiff(s),

vs.

CAESARS ENTERTAINMENT
CORPORATION

      Defendant(s).

Case # 2:18-cv-00862-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Marc A. Fenster, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Russ August & Kabat
(firm name)

with offices at 12424 Wilshire Boulevard, 12th Floor,
(street address)

Los Angeles, California, 90025,
(city) (state) (zip code)

310-826-7474, mfenster@raklaw.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Linksmart Wireless Technology, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __12/07/1995__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | 12/07/1995 | 181067 |
| USDC Northern District of California | 12/17/2014 | 181067 |
| USDC Eastern District of California | 04/20/2009 | 181067 |
| US Court of Appeal for the Federal Circuit | 02/26/2007 | 181067 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) none

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ Marc Fenster*
Petitioner's signature

STATE OF    California    )
COUNTY OF    Los Angeles    )

_____Marc A. Fenster_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*/s/ Marc Fenster*
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Mark Borghese_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10161 Park Run Drive, Suite 150_____,
(street address)

__Las Vegas__, __Nevada__, __89145__,
(city)        (state)     (zip code)

__702-382-0200__, __mark@borgheselegal.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Mark Borghese_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Koichiro Ikudome, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6231                    mark@borgheselegal.com
Bar number              Email address

APPROVED:

Dated: this __1st__ day of __June__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

CALIFORNIA JURAT WITH AFFIANT STATEMENT    CIVIL CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Signature of Document Signer No. 1      Signature of Document Signer No. 2 (*if any*)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California      )
County of   Los Angeles   )

Subscribed to (or affirmed) before me on this **29th** day of **May**, **2018**
     Date        Month       Year
by
(1) **MARC A. FENSTER**
(and (2) -----------------------------------------),
        Name(s) of Signer(s)
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
        *Signature of Notary Public*

LUPE C. DIAZ
Notary Public - California
Los Angeles County
Commission # 2155306
My Comm. Expires Jun 26, 2020

*Seal*
*Place Notary Seal Above*

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Title or Type of Document: **Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel (U.S. District Court, Las Vegas District)**     Document Date: **5/29/2018**
Number of Pages: **05**   Signer(s) Other Than Named Above:     **NONE**

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 8, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC AARON FENSTER, #181067 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1995; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Membership Records