Christopher R. Miltenberger
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: miltenbergerc@gtlaw.com

James J. Lukas, Jr. (*pro hac vice* forthcoming)
Callie J. Sand (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
Email: lukasj@gtlaw.com
        sandc@gtlaw.com

*Attorneys for Defendant*
*Caesars Entertainment Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAESARS ENTERTAINMENT CORP., <br><br> Defendant. | Case No. 2:18-cv-00862-MMD-NJK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR A 30-DAY EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendant Caesars Entertainment Corp., by and through their undersigned counsel, that Defendant shall have a 30-day extension of time within which to answer or otherwise respond to the Complaint, to and including July 16, 2018,[1] and request that the Court enter an Order approving the same.

---

[1] Defendant was served on May 25, 2018, and its responsive pleading is currently due by June 15, 2018.

CHI 69314461v1

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  The extension is sought because Plaintiff's Complaint asserts patent infringement against

2  Defendant and raises potential issues of liability and damages. Defendant only recently retained

3  litigation counsel and counsel has begun to analyze these issues and reasonably requires

4  additional time to evaluate the claims and potential defenses and to prepare Defendant's response

5  to the Complaint. Defendant has not requested any prior extensions from the Court and this

6  extension request is made in the interests of justice and not for the purposes of delay.

7  Based on the foregoing, the parties respectfully request that the Court enter an order

8  extending the deadline for Defendant to plead or otherwise respond to the Complaint until July

9  16, 2018.

10  Dated:  June 13, 2018                              Dated:  June 13, 2018

11

12  By:  _/s/ Kent N. Shum_                           By:  _/s/ Christopher R. Miltenberger_
       Mark Borghese                                      Christopher R. Miltenberger
13     Nevada Bar No. 6231                                Nevada Bar No. 10153
       BORGHESE LEGAL, LTD.                               GREENBERG TRAURIG, LLP
14     10161 Park Run Drive, Suite 150                    3773 Howard Hughes Parkway
       Las Vegas, Nevada 89145                            Suite 400 North
15                                                        Las Vegas, NV 89169

16     Larry C. Russ (*pro hac vice*)
       Marc A. Fenster (*pro hac vice*)                   James J. Lukas, Jr.
17     Benjamin T. Wang (*pro hac vice*)                  (*pro hac vice* forthcoming)
       Kent N. Shum (*pro hac vice*)                      Callie J. Sand
18     Bahrad A. Sokhansanj (*pro hac vice*)              (*pro hac vice* forthcoming)
       RUSS, AUGUST & KABAT                               GREENBERG TRAURIG, LLP
19     12424 Wilshire Boulevard, 12th Floor               77 West Wacker Drive, Suite 3100
       Los Angeles, California 90025                      Chicago, IL 60601
20

21     *Counsel for Plaintiff Linksmart                   *Counsel for Defendant Caesars Entertainment
       Wireless Technology, LLC*                          Corp.*

22

23

24                                                **IT IS SO ORDERED:**

25     _____

26                                                UNITED STATES MAGISTRATE JUDGE

27                                                **DATED:**  June 14, 2018

28