# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>                         Plaintiff,<br><br>    v.<br><br>LAS VEGAS SANDS CORP.,<br><br>                         Defendant.<br><br>LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>                         Plaintiff,<br><br>    v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>                         Defendant. | Case No. 2:18-cv-00865-RFB-NJK<br>Case No. 2:18-cv-00867-RFB-VCF<br>Related Case: 2:18-cv-00862-MMD-NJK<br><br>**ORDER TRANSFERRING CASES** |

      In the instant two cases pending before this Court, Plaintiff Linksmart Wireless Technology, LLC ("Plaintiff") has filed a Notice of Related Cases pursuant to Local Rule 42-1. (2:18-cv-00865-RFB-NJK, ECF No. 6; 2:18-cv-00867-RFB-VCF, ECF No. 6). Based on the similarity of issues and parties between the instant cases and the related case, good cause appears to reassign this case to Judge Du.

      Accordingly,

      **IT IS ORDERED** that cases 2:18-cv-00865-RFB-NJK and 2:18-cv-00867-RFB-VCF

| | |
|---|---|
| 1 | shall be TRANSFERRED by the Clerk of the Court to District Judge Miranda M. Du and |
| 2 | Magistrate Judge Nancy J. Koppe (who were assigned the earliest open case, 2:18-cv-00862- |
| 3 | MMD-NJK), for all further proceedings. |
| 5 | DATED June 14, 2018. |

                **RICHARD F. BOULWARE, II**
                **UNITED STATES DISTRICT JUDGE**

                **MIRANDA M. DU**
                **UNITED STATES DISTRICT JUDGE**