# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LIMITED,<br><br>Defendant. | Case No. 2:18-cv-00868-RCJ-GWF<br><br>*and related case* |
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>Defendant. | Case No. 2:18-cv-00862-MMD-NJK<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:18-cv-00868-RCJ-GWF is reassigned to District Judge Miranda M. Du and Magistrate Judge Nancy J. Koppe, and all future pleadings must bear case number 2:18-cv-00868-MMD-NJK.

DATED THIS 15th day of June 2018.

_____  _____
MIRANDA M. DU                ROBERT C. JONES
UNITED STATES DISTRICT JUDGE UNITED STATES DISTRICT JUDGE