# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINKSMART WIRELESS TECHNOLOGY, LLC

    Plaintiff(s),

vs.

CAESARS ENTERTAINMENT CORPORATION

    Defendant(s).

Case #2:18-cv-00862-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Michael J. Turton, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Kilpatrick Townsend & Stockton LLP
(firm name)

with offices at    1100 Peachtree Street NE, Suite 2800
(street address)

Atlanta, Georgia, 30309
(city) (state) (zip code)

(404) 815-6061, mturton@kilpatricktownsend.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Caesars Entertainment Corporation to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/3/1995 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court, Eastern District of Texas | 8/26/2010 | 00794761 |
| US District Court, Southern District of Texas | 6/13/1997 | 00794761 |
| US District Court, Northern District of Georgia | 1/10/2000 | 720269 |
| US Court of Appeals for the Federal Cicuit | 6/1/2001 | N/A |
| Supreme Court of Georgia | 11/19/1999 | 720269 |
| Supreme Court of Texas | 11/3/1995 | 00794761 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Georgia
State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____Georgia____ )
COUNTY OF ____Fulton____ )

____Michael J. Turton____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

13th day of July, 2018

_____
Notary Public or Clerk of Court

Barbara Pough

[Notary seal: BARBARA POUGH, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, COMMISSION EXPIRES MARCH 14, 2022]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Paul Swenson Prior____ (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Snell & Wilmer, 3883 Howard Hughes Parkway, Suite 1100____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city) (state) (zip code)

____(702) 784-5262____, ____sprior@swlaw.com____
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Paul Swenson Prior_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____C. Chang/bmk_____
(party's signature)

Christine Chang, VP and Chief Counsel, Litigation
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

9324                              sprior@swlaw.com
Bar number                        Email address

APPROVED:

Dated: this __27th__ day of __July__, 2018.

_____[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 28, 2018

Re: Mr. Michael John Turton, State Bar Number 00794761

To Whom It May Concern:

This is to certify that Mr. Michael John Turton was licensed to practice law in Texas on November 03, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



P. HARRIS HINES, CHIEF JUSTICE
HAROLD D. MELTON, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
DAVID E. NAHMIAS
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
BRITT C. GRANT
    JUSTICES

# Supreme Court
# State of Georgia
STATE JUDICIAL BUILDING
# Atlanta 30334

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

July 10, 2018

I hereby certify that Michael John Turton, Esq., was admitted on the 11th day of May, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk