**RUSS, AUGUST & KABAT**
Larry C. Russ (*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Benjamin T. Wang (*pro hac vice*)
bwang@raklaw.com
Kent N. Shum (*pro hac vice*)
kshum@raklaw.com
Bahrad A. Sokhansanj (*pro hac vice*)
bsokhansanj@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**BORGHESE LEGAL, LTD.**
Mark Borghese - Nevada Bar No. 6231
 mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

*[Additional Counsel Listed in Signature Block]*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>*Defendant*. | 2:18-cv-00862-MMD-NJK - LEAD<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW** |

Plaintiff Linksmart Wireless Technology, LLC and Defendants Caesars Entertainment Corp., Las Vegas Sands Corp., Golden Nugget, Inc., Landry's Inc., MGM Resorts International, and Wynn Las Vegas, LLC hereby stipulate to stay this litigation pending the *inter partes* review ("IPR") of the patent-in-suit, U.S. Reissued Patent No. RE46,459 ("'459 Patent"), filed by Panasonic on October 9, 2018, Case No. IPR2019-00043 ("Panasonic IPR"). Further, although no additional IPRs have been filed against the '459 Patent yet, the parties believe additional IPRs will be filed against the '459 Patent in the coming months and stipulate to stay this litigation pending those IPRs as well.

For the Panasonic IPR, the parties expect the Patent Trial and Appeal Board ("PTAB") to issue a decision on institution in May 2019. Because this litigation is in its early stages, the parties desire to conserve the parties' and the Court's resources, and allow the Panasonic IPR to run its course at the PTAB before proceeding further in this litigation. Therefore, the parties stipulate to a stay of this litigation pending the Panasonic IPR proceeding. Specifically, the parties stipulate to a stay until the PTAB dismisses the IPR or issues a final written decision, which is estimated to occur 18 months from now, or May 2020.

Further, the parties anticipate that additional IPRs will be filed against the '459 Patent in the coming months, including IPRs filed by Defendants here and other defendants in parallel lawsuits in the Central District of California and the Eastern District of New York that were initiated within a month of this litigation. In the interest of conserving party resources and judicial economy, the parties stipulate to a stay of this litigation until all of the IPRs filed against the '459 Patent by a current defendant[1] in the various Linksmart cases have either been dismissed or have reached a final written decision by the PTAB, which is estimated to occur by December 2020.

---

[1] The current defendants are: (C.D. Cal.) Gogo LLC, Aerovias de Mexico S.A. de C.V., Air Canada, Société Air France, Koninklijke Luchtvaart Maatschappij, N.V., Alaska Airlines, Inc., American Airlines, Inc., British Airways, plc, Delta Air Lines, Inc., United Airlines, Inc., Panasonic Avionics Corp, Emirates, The Emirates Group, Southwest Airlines Co., WestJet Airlines Ltd., and WestJet Operations Corp.; (Nev.) Caesars Entertainment Corp., Las Vegas Sands Corp., Golden Nugget, Inc., Landry's Inc., MGM Resorts International, and Wynn Las Vegas, LLC; (E.D.N.Y.) DCI-Design Communications LLC and Deep Blue Communications, LLC.

Russ, August & Kabat

The parties shall submit to the Court a status report within 14 days following the PTAB's decision on institution for the Panasonic IPR. If instituted, the parties shall submit to the Court a status report within 14 days following the PTAB's final written decision (or dismissal) for the Panasonic IPR. The parties shall also submit to the Court a status report by July 15, 2019, concerning the status of all other IPRs filed against the '459 Patent by a current defendant, and are willing to submit additional status reports as the Court deems appropriate.

In light of this stipulation, the parties respectfully request the Court to vacate all deadlines in this litigation.

For the foregoing reasons, the Parties respectfully request that the Court enter an order staying the above-captioned cases pending IPR proceedings and vacating all deadlines. The Parties have stipulated to these terms and signed below.

Respectfully submitted,

Dated: November 7, 2018     **RUSS, AUGUST & KABAT**

By: */s/ Kent Shum*
Kent N. Shum (*pro hac vice*)

Larry C. Russ (*pro hac vice*)
Marc A. Fenster (*pro hac vice*)
Benjamin T. Wang (*pro hac vice*)
Kent N. Shum (*pro hac vice*)
Bahrad A. Sokhansanj (*pro hac vice*)
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991
Email: lruss@raklaw.com
          mfenster@raklaw.com
          bwang@raklaw.com
          kshum@raklaw.com
          bsokhansanj@raklaw.com

Mark Borghese
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Telephone: (702) 382-0200
Facsimile: (702) 382-0212
Email: *mark@borgheselegal.com*

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

Dated: November 7, 2018  **FISH & RICHARDSON P.C.**

By: */s/ Ricardo J. Bonilla*
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89168
Tel. 702.784.5200

Neil J. McNabnay
(*pro hac vice application to be filed*)
mcnabnay@fr.com
Ricardo J. Bonilla
(*Admitted Pro Hac Vice*)
rbonilla@fr.com
Lance E. Wyatt, Jr.
(*Admitted Pro Hac Vice*)
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

*Attorneys for Defendants*
MGM RESORTS INTERNATIONAL, GOLDEN NUGGET, LLC, LANDRY'S LLC, LAS VEGAS SANDS CORP.

Dated: November 7, 2018  **KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ Andrew N. Saul*
Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)

RUSS, AUGUST & KABAT

wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309
Telephone: 212 775 8700
Facsimile: 212 775 8800

**SNELL & WILMER L.L.P.**
Paul Swenson Prior
Nevada Bar No. 9324
sprior@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Defendants*
CAESARS ENTERTAINMENT CORPORATION and WYNN LAS VEGAS, LLC

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

Dated: November 7, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system. As such, the foregoing document was served on all counsel who have consented to electronic service pursuant to LR 5-1.

DATED: November 7, 2018

*/s/ Kent Shum*
Kent N. Shum