# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**Order** |

In light of the orders staying and administratively closing this case, Docket Nos. 61-62, the Court also **VACATES** the pre-claim construction settlement conferences scheduled for January 14, 15, and 16, 2019.

IT IS SO ORDERED.

Dated: November 8, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1