# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, | Case No.: 2:18-cv-00862-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 64] |
| CAESARS ENTERTAINMENT CORPORATION, | |
| Defendant(s). | |

Pending before the Court is a motion to withdraw Bahrad A. Sokhansanj as counsel for Plaintiff. Docket No. 64. For good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED.

Dated: April 22, 2019

_____
Nancy J. Koppe
United States Magistrate Judge