**RUSS, AUGUST & KABAT**
Larry C. Russ (*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Benjamin T. Wang (*pro hac vice*)
bwang@raklaw.com
Kent N. Shum (*pro hac vice*)
kshum@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:	(310) 826-7474
Facsimile:	(310) 826-6991

**BORGHESE LEGAL, LTD.**
Mark Borghese - Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:	(702) 382-0200
Facsimile:	(702) 382-0212

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff,*<br><br>*v.*<br><br>CAESARS ENTERTAINMENT CORPORATION<br><br>*Defendant.* | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**SCHEDULING ORDER** |

[PROPOSED] AMENDED DISCOVERY PLAN AND SCHEDULING ORDER

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>*v.*<br><br>GOLDEN NUGGET, INC. and LANDRY'S INC.<br><br>*Defendants*. | Case No.: 2:18-cv-00864-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>*v.*<br><br>LAS VEGAS SANDS CORP.<br><br>*Defendant*. | Case No.: 2:18-cv-00865-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>*v.*<br><br>MGM RESORTS INTERNATIONAL<br><br>*Defendant*. | Case No.: 2:18-cv-00867-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>*v.*<br><br>WYNN LAS VEGAS, LLC<br><br>*Defendant*. | Case No.: 2:18-cv-00868-MMD-NJK |

Under Fed. R. Civ. P. 26(f), Local Rule 26-1, and Patent Local Rules 16.1-1 et seq., and the Court's Order dated May 30, 2019 (D.I. 67), the respective parties conducted a discovery-planning conference on **June 7, 2019**, and hereby submit to the court the following proposed Discovery Plan and Scheduling Order:

| Event | Standard LPR Schedule | Court Date |
|---|---|---|
| Joint Protective Order | | DONE |
| Disclosure of Rule 26(a) Initial Disclosures, Asserted Claims, and Infringement Contentions | | DONE |
| Disclosure of Non-Infringement, Invalidity, and Unenforceability Contentions | N/A | 8/23/2019 |
| Response to Non-Infringement Contentions | 9/6/2019 | 9/13/2019 |
| Three Proposed Dates for Pre-Claim Construction Settlement Conference | (3 proposed dates before 10/13/2019) | MGM Resorts Int'l: 9/24 – 9/26/2019<br><br>All other parties: 9/23 – 9/25/2019 |
| Simultaneous Exchange of Proposed Terms of Construction | N/A | 10/18/2019 |
| Simultaneous Exchange of Preliminary Claim Construction | 11/1/2019 | 11/1/2019 |
| Submit Joint Claim Construction and Prehearing Statement | 11/15/2019 | 11/15/2019 |
| Simultaneous Opening Claim Construction Briefs | 12/6/2019 | 12-13-2019 |
| Simultaneous Responses to Claim Construction Briefs | 1/3/2019 | 1/10/2020 |
| Claim Construction Tutorials, Hearing, and Order from the Court | TBD, if necessary | TBD, if necessary |

IT IS ORDERED that within 30 days after Initial Disclosures and Responses are complete, the parties must submit to a Pre-Claim Construction Settlement Conference as set by the court.

1

[PROPOSED] AMENDED DISCOVERY PLAN AND SCHEDULING ORDER

IT IS FURTHER ORDERED that within 30 days after the court enters a claim construction order, the parties must submit to a Post-Claim Construction Settlement Conference as set by the court. The parties shall also file a proposed schedule with calendar dates for the post-claim construction deadlines within 30 days of the claim construction order being entered.

IT IS FURTHER ORDERED that any extension of the discovery deadline will not be allowed without a showing of good cause for the extension. All motions or stipulations to extend discovery must be received by the court at least 21 days before the expiration of the subject deadline. A request made after this date will not be granted unless the movant demonstrates that the failure to act was the result of excusable neglect. The motion or stipulation must include:

(a) A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

IT IS FURTHER ORDERED that, if no dispositive motions will be filed within the time specified in this order, then the parties must file a written, joint proposed pretrial order within 30 days of the dispositive motion cutoff. If dispositive motions are filed, then the parties must file a written, joint proposed pretrial order within 30 days of the date the court enters a ruling on the dispositive motions. Within 30 days of the entry of a pretrial order, or as further ordered by the court, the parties must submit to a pretrial settlement conference.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 17, 2019

2

[PROPOSED] AMENDED DISCOVERY PLAN AND SCHEDULING ORDER