**SNELL & WILMER L.L.P.**
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
Aleem A. Dhalla
Nevada Bar No. 14188
adhalla@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200

**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice*)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice*)
wyatt@fr.com
Rodeen Talebi (*pro hac vice*)
talebi@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214.747.5070
Fax: 214.747.2091

Attorneys for Defendants GOLDEN NUGGET, LLC; LANDRY'S, LLC; LAS VEGAS SANDS CORP.; and MGM RESORTS INTERNATIONAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>　　　　Defendant. | Case No. 2:18-cv-00862-MMD-NJK<br><br>**SUPPLEMENTAL VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOLDEN NUGGET, INC. and LANDRY'S, INC.,<br><br>　　　　Defendants. | Case No. 2:18-cv-00864-MMD-NJK |

|  |  |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS SANDS CORP., <br><br> Defendant. | Case No. 2:18-cv-00865-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL, <br><br> Defendant. | Case No. 2:18-cv-00867-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WYNN LAS VEGAS LLC, <br><br> Defendant. | Case No. 2:18-cv-00868-MMD-NJK |

Rodeen Talebi, Petitioner, submits this Supplemental Verified Petition for Permission to Practice and Designation of Local Counsel, supplementing Defendant MGM Resorts International's ECF Nos. 75 (MGM's Verified Petition for Permission to Practice) and 76 (Order granting MGM's Verified Petition for Permission to Practice) to include legal representation of additional client parties, Defendants Golden Nugget, LLC; Landry's, LLC; and Las Vegas Sands Corp. (collectively, the "Additional Defendants") in this consolidated action.

Petitioner has been retained as a member of the law firm of Fish & Richardson P.C. by the Additional Defendants.

1  Petitioner prays to be admitted to practice before this Court for the purposes of this action
2  only on behalf of Additional Defendants.
3  Additional Defendants designate Patrick G. Byrne of the law firm Snell & Wilmer L.L.P.
4  as their resident Nevada counsel.

Dated: September 4, 2019

Respectfully submitted,

By */s/ Rodeen Talebi*
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
Aleem A. Dhalla
Nevada Bar No. 14188
adhalla@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel. 702.784.5200

Neil J. McNabnay (*pro hac vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice*)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice*)
wyatt@fr.com
Rodeen Talebi (*pro hac vice*)
talebi@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendants
GOLDEN NUGGET, LLC; LANDRY'S, LLC; LAS VEGAS SANDS CORP.; and MGM RESORTS INTERNATIONAL

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 4, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per LR IC 4-1(d).

DATED this 4th day of September 2019.

                                           */s/ Wendi L Bullock*
                                           An employee of FISH & RICHARDSON P.C.