UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>    Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 96) |

Pending before the Court is Defendants' unopposed request to excuse personal attendance of counsel at settlement conferences. Docket No. 96. On June 18, 2019, the Court issued an order setting the settlement conferences in this case. Docket No. 74. That order provides: "**any request for an exception to the [] personal attendance requirements must be filed and served on all parties within seven (7) days of the issuance of this order. Such a request will be strictly scrutinized for a showing of compelling justification.**" Docket No. 74 at 2 (emphasis in original). Defendants' request is untimely, and contains no justification for the untimely submission. Accordingly, the request is **DENIED**.

IT IS SO ORDERED.

Dated: September 5, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1