KILPATRICK TOWNSEND & STOCKTON LLP
Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

SNELL & WILMER L.L.P.
Paul Swenson Prior
Nevada Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendants*
*Caesars Entertainment Corporation and*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>      Defendant.<br><br>AND ALL RELATED ACTIONS | Case No. 2:18-cv-00862-MMD-NJK<br>[Consolidated]<br><br>**STIPULATION AND ORDER TO SWITCH SETTLEMENT CONFERENCE DATES OF PARTIES** |

On June 18, 2019, the Court issued an order setting pre-claim construction settlement conferences between Plaintiff Linksmart Wireless Technology, LLC and Defendants Caesars Entertainment Corporation (Case No. "18-cv-862"); Golden Nugget, LLC and Landry's, LLC (Case No. "18-cv-864"); and Wynn Las Vegas, LLC (Case No. "18-cv-868") (collectively, the "Parties"). Currently, the pre-claim construction settlement conference for the 18-cv-862 parties is

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

scheduled for **September 23, 2019 at 9:30 a.m**. The pre-claim construction settlement conference for the 18-cv-864 parties is scheduled for **September 23, 2019 at 1:30 p.m**. The pre-claim construction settlement conference for the 18-cv-868 parties is scheduled for **September 25, 2019 at 9:30 a.m**.

As the Court is aware, the attorneys for Defendants in cases 18-cv-862 and 18-cv-868 are the same; however, the dates of the pre-claim construction settlement conferences are on separate dates and are not scheduled consecutively. Therefore, for purposes of judicial economy, consistency, and convenience for all involved, the Parties believe that it will be more effective to hold settlement discussions for Case No. 18-cv-868 during the September 23, 2019 at 1:30 p.m. time slot, and to hold settlement discussion for Case No. 18-cv-864 during the September 25, 2019 at 9:30 a.m. time slot.

IT IS THEREFORE HEREBY STIPULATED between the Parties, by and through their undersigned counsel of record, as follows:

1.     The Parties agree that the pre-claim construction settlement conference for the 18-cv-868 parties may be rescheduled to September 23, 2019 at 1:30 p.m.

2.     The Parties further agree that the pre-claim construction settlement conference for the 18-cv-864 parties may be rescheduled to September 25, 2019 at 9:30 a.m.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2019

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**IT IS SO STIPULATED.**

Dated: September 6, 2019

RUSS, AUGUST & KABAT

By /s/ Mark A. Fenster
    Larry C. Russ
    (*pro hac vice*)
    lruss@raklaw.com
    Marc A. Fenster
    (*pro hac vice*)
    mfenster@raklaw.com
    Benjamin T. Wang
    (*pro hac vice*)
    bwang@raklaw.com
    Kent N. Shum
    (*pro hac vice*)
    kshum@raklaw.com
    Bahrad A. Sokhansanj
    (*pro hac vice*)
    bsokhansanj@raklaw.com
    12424 Wilshire Boulevard, 12th Floor
    Los Angeles, California 90025
    Telephone: (310) 826-7474
    Facsimile: (310) 826-6991

BORGHESE LEGAL, LTD.
Mark Borghese
Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

*Attorneys for Plaintiff*
*Linksmart Wireless Technology, LLC*

Dated:  September 6, 2019

SNELL & WILMER L.L.P.

By: /s/ Paul Swenson Prior
    Paul Swenson Prior, NV Bar No. 9324
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89169
    Telephone:  (702) 784-5200

KILPATRICK TOWNSEND & STOCKTON LLP
Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street NE Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Defendants*
*Caesars Entertainment Corporation and*
*Wynn Las Vegas, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Dated:  September 6, 2019

FISH & RICHARDSON P.C.


By: */s/ Lance E. Wyatt, Jr.*
    Neil J. McNabnay
    (*pro hac vice* application pending)
    mcnabnay@fr.com
    Ricardo J. Bonilla
    (*pro hac vice*)
    rbonilla@fr.com
    Lance E. Wyatt, Jr.
    (*pro hac vice*)
    wyatt@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    Tel.  214.747.5070
    Fax:  214.747.2091

    SNELL & WILMER L.L.P.
    Patrick Byrne
    Nevada Bar No. 7636
    pbyrne@swlaw.com
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89168
    Tel. 702.784.5200
    *Attorneys for Defendants*
    *Golden Nugget, LLC and Landry's, LLC*