# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 100) |

Pending before the Court is Defendants' motion for reconsideration of their unopposed request to excuse personal attendance of counsel at settlement conferences. Docket No. 100. The Court finds Defendants' motion properly resolved without a hearing. *See* Local Rule 78-2. The Court **GRANTS** the motion for reconsideration and **GRANTS** Defendants' request to excuse the personal attendance of Ricardo J. Bonilla from the settlement conferences on September 23–25, 2019.

IT IS SO ORDERED.

Dated: September 10, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge