# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 102) |

Pending before the Court is Plaintiff Linksmart Wireless Technology, LLC's motion for leave to submit its confidential settlement conference statements beyond the deadline to do so. Docket No. 102. The Court **GRANTS** that motion. Plaintiff must submit its statements to the undersigned's box in the Clerk's office no later than **3 p.m. today, September 11, 2019**.

The Court also wants to make perfectly clear that Plaintiff was not told to file anything by the Court or its staff. Instead, Plaintiff was told that if it wants to seek any type of relief, it must do so on the public docket rather than try to communicate with the Court *ex parte*. *See* Local Rule IA 7-2(b).

IT IS SO ORDERED.

Dated: September 11, 2019

Nancy J. Koppe
United States Magistrate Judge

1