**SNELL & WILMER L.L.P.**
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
Aleem A. Dhalla
Nevada Bar No. 14188
adhalla@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200

**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*Admitted Pro Hac Vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*Admitted Pro Hac Vice*)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*Admitted Pro Hac Vice*)
wyatt@fr.com
Rodeen Talebi (*Admitted Pro Hac Vice*)
talebi@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214.747.5070
Fax: 214.747.2091

Attorneys for Defendants GOLDEN NUGGET,
LLC; LANDRY'S, LLC; LAS VEGAS SANDS
CORP.; and MGM RESORTS INTERNATIONAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>    Defendant. | Case No. 2:18-cv-00862-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v. | Case No. 2:18-cv-00864-MMD-NJK |

| | |
|---|---|
| GOLDEN NUGGET, INC. and LANDRY'S, INC., <br><br>    Defendants. | |
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>LAS VEGAS SANDS CORP., <br><br>    Defendant. | Case No. 2:18-cv-00865-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>MGM RESORTS INTERNATIONAL, <br><br>    Defendant. | Case No. 2:18-cv-00867-MMD-NJK |
| LINKSMART WIRELESS TECHNOLOGY, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>WYNN LAS VEGAS LLC, <br><br>    Defendant. | Case No. 2:18-cv-00868-MMD-NJK |

**MGM RESORTS INTERNATIONAL'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER. AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT**

Defendant MGM Resorts International seeks leave pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure to file an amended answer, attached as Exhibit A. Specifically, MGM's proposed amended answer adds an additional affirmative defense based on the theory of intervening rights. Linksmart has informed MGM that it does not oppose this motion.

Federal Rule of Civil Procedure 15(a)(2) provides that once the time has passed to amend a pleading as a matter of course, a party may amend its pleading "only with the opposing party's written consent or with the court's leave," and "[t]he court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). In this case, the Court has not yet set a deadline for amending pleadings in the Scheduling Order. (*See* ECF No. 71.) Accordingly, the liberal policy of Rule 15(a)(2) applies to the instant unopposed motion.

Leave to amend a party's pleading should be granted unless the opposing party can show prejudice, bad faith, undue delay or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *see also Abramson v. Gonzalez*, 949 F.2d 1567, 1581 (11th Cir. 1992). Because none of these conditions are present in this case, MGM respectfully requests that this Court grant it leave to amend its answer.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: February 21, 2020

Respectfully submitted,

By */s/ Aleem A. Dhalla*
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
Aleem A. Dhalla
Nevada Bar No. 14188
adhalla@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. 702.784.5200
Fax. 702.784.5252

Neil J. McNabnay (*Admitted Pro Hac Vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*Admitted Pro Hac Vice*)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*Admitted Pro Hac Vice*)
wyatt@fr.com
Rodeen Talebi (*Admitted Pro Hac Vice*)
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel. 214.747.5070
Fax. 214.747.2091

Attorneys for Defendants
GOLDEN NUGGET, LLC; LANDRY'S, LLC; LAS VEGAS SANDS CORP.; and MGM RESORTS INTERNATIONAL

## **ORDER**

Defendant MGM's unopposed motion for leave to file is **GRANTED**. Docket No. 117. Defendant shall promptly file and serve its amended pleading.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 24, 2020