# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LINKSMART WIRELESS TECHNOLOGY, LLC,

     Plaintiff,

v.

CAESARS ENTERTAINMENT CORPORATION, *et al.*,

     Defendants.

Case No.: 2:18-cv-00862-MMD-NJK

**ORDER**

On June 17, 2019, the Court ordered the parties to file a proposed schedule with calendar deadlines for the post-claim construction deadlines within 30 days of the issuance of the claim construction order.  Docket No. 71 at 4.  On May 8, 2020, the Court issued the claim construction order.  Docket No. 137.

Accordingly, no later than June 5, 2020, the parties must file a proposed schedule with calendar deadlines for the post-claim construction deadlines.  Further, no later than May 22, 2020, the parties must file a stipulation with five dates for the post-claim construction settlement conference.  *See* Docket No. 46 at 2.

IT IS SO ORDERED.

Dated: May 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge