# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>Defendant. | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 139) |

Pending before the Court is the parties' stipulation regarding the post-claim construction settlement conferences. Docket No. 139. The Court's calendar is unable to accommodate the parties' proposed dates.

Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 139. The parties must file, no later than May 29, 2020, a stipulation with five dates in late June or early July on which all parties are available for the post-claim construction settlement conferences.

IT IS SO ORDERED.

Dated: May 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1