# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>    Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 148) |

Pending before the Court is Plaintiff's motion for leave of court for the withdrawal of its counsel Kent N. Shum at the law firm Russ August & Kabat.  Docket No. 148.  Plaintiff submits that other attorneys at that firm, and Mark Borghese at the law firm Borghese Legal, Ltd., will continue to serve as Plaintiff's counsel.  *Id.* at 3.

Accordingly, the Court **GRANTS** Plaintiff's motion.  Docket No. 148.

IT IS SO ORDERED.

Dated: June 24, 2020

                                                                               _____
                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge

1