# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>       Plaintiff(s),<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION,<br><br>       Defendant(s). | Case No.: 2:18-cv-00862-MMD-NJK<br><br>**Order**<br><br>[Docket Nos. 161, 162] |

Pending before the Court are a motion to extend and a motion to seal. Docket Nos. 161, 162. Any responses must be filed by August 17, 2020, and any replies must be filed by August 19, 2020.

IT IS SO ORDERED.

Dated: August 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1