1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9

10

11

12

13

14

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC | Case # 2:18-cv-00862-MMD-NJK |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED** |
| vs. | **TO THE BAR OF THIS COURT** |
| CAESARS ENTERTAINMENT CORPORATION | **AND DESIGNATION OF LOCAL COUNSEL** |
| Defendant(s). | |
| | FILING FEE IS $250.00 |

15

16     __Christian W. Conkle__, Petitioner, respectfully represents to the Court:
       (name of petitioner)

17

18     1.     That Petitioner is an attorney at law and a member of the law firm of

                              Russ August & Kabat
19     _____
                              (firm name)

20     with offices at ____12424 Wilshire Boulevard, 12th Floor____,
                              (street address)

21

22     ____Los Angeles____, ____California____, ____90025____,
              (city)              (state)          (zip code)

23     ____310-826-7474____, ____cconkle@raklaw.com____.
       (area code + telephone number)        (Email address)

24

25     2.     That Petitioner has been retained personally or as a member of the law firm by

26     ____Linksmart Wireless Technology, LLC____ to provide legal representation in connection with
              [client(s)]

27     the above-entitled case now pending before this Court.

28
                                                                    Rev. 5/16

3.      That since _____12/2015_____, Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of _____California_____

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | 03/17/2017 | 306374 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) none

7.     That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.) none

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                  Petitioner's signature

5 STATE OF _____ California _____ )

6 COUNTY OF _____ Los Angeles _____ )

7   _____ Christian W. Conkle _____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9

10 Subscribed and sworn to before me this      Petitioner's signature

11 ___24th___ day of ___August___, 2020

12

13     _____

14     Notary Public or Clerk of Court

DAWN VISCARRA
Notary Public - California
Los Angeles County
Commission # 2274045
My Comm. Expires Jan 28, 2023

15

16     **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate _____ Mark Borghese _____,
                  (name of local counsel)

20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action. The address and email address of

22 said designated Nevada counsel is:

23 _____ 10161 Park Run Drive, Suite 150 _____,
         (street address)

24 _____ Las Vegas _____, _____ Nevada _____, ___ 89145 ___,
   (city)        (state)     (zip code)

25

26 ___ 702-382-0200 ___, ___ mark@borgheselegal.com ___.
 (area code + telephone number)   (Email address)

27

28             4         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mark Borghese _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Koichiro Ikudome, CEO
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6231                              mark@borgheselegal.com
_____
Bar number                      Email address

APPROVED:

Dated: this 25th   day of   August   , 20 20.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States District Court

## Central District of California

### CERTIFICATE OF
### GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Christian W. Conkle_____ , Bar No. ____306374____

was duly admitted to practice in this Court on _____March 17, 2017_____
<br>*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on _____August 24, 2020_____
<br>*Date*

KIRY K. GRAY
Clerk of Court

by _____[signature]_____
Lupe Thrasher , Deputy Clerk

G-52 (10/15)

CERTIFICATE OF GOOD STANDING - BAR MEMBER