1  **SNELL & WILMER L.L.P.**
   Patrick G. Byrne
2  Nevada Bar No. 7636
   pbyrne@swlaw.com
3  Aleem A. Dhalla
   Nevada Bar No. 14188
4  adhalla@swlaw.com
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, Nevada 89168
   Telephone: (702) 784-5200
6
   **FISH & RICHARDSON P.C.**
7  Neil J. McNabnay (*pro hac vice*)
   mcnabnay@fr.com
8  Ricardo J. Bonilla (*pro hac vice*)
   rbonilla@fr.com
9  Lance E. Wyatt, Jr. (*pro hac vice*)
10 wyatt@fr.com
   Rodeen Talebi (*pro hac vice*)
11 talebi@fr.com
   1717 Main Street, Suite 5000
12 Dallas, Texas 75201
   Telephone: (214) 747-5070
13 Facsimile: (214) 747-2091
14
   Attorneys for Defendants
15 GOLDEN NUGGET, LLC, LANDRY'S LLC;
   LAS VEGAS SANDS CORP.; and MGM
16 RESORTS INTERNATIONAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION ET AL.,<br><br>  Defendants. | Case No. 2:18-cv-00862-MMD-NJK<br>(Lead Consolidated Case)<br><br>**JOINT STIPULATION FOR EXTENSION OF CASE SCHEDULE** |

On January 27, 2021, the Court granted Defendants' Unopposed Motion for Four Week Extension of Case Schedule. ECF No. 209. Plaintiff Linksmart Wireless Technology, LLC ("Linksmart") and Defendants MGM Resorts International, Golden Nugget, LLC and Landry's LLC, and Las Vegas Sands Corp. (collectively "Defendants") hereby stipulate to further extend the case schedule to account for the Court's ruling on Defendants' Motion to Strike Linksmart's expert report regarding infringement (ECF No. 204).

Rebuttal expert reports on non-infringement are currently due March 1, 2021. *See* ECF No. 209. Defendants' Motion to Strike Mr. de la Iglesia's Report has been fully briefed. *See* ECF Nos. 204, 215, 222. The parties agree that it is most efficient, however, for rebuttal expert reports to be served after resolution of Defendants' Motion. Accordingly, the parties propose the following schedule to make rebuttal expert reports due after resolution of Defendants' Motion. The timings in the proposed schedule are consistent with the existing case schedule.

Accordingly, the new proposed case schedule would be as follows:

| Event | Date |
| --- | --- |
| Rebuttal Expert Reports | Two weeks following resolution of Defendants' Motion to Strike (ECF No. 204) |
| Expert Discovery Cutoff | Five weeks after rebuttal expert reports served |
| Dispositive and *Daubert* Motions | Five weeks after expert discovery cut off |
| Responses to Dispositive and *Daubert* Motions | Three weeks after motions filed |
| Replies to Dispositive and *Daubert* Motions | Two weeks after responses filed |

Dated: February 23, 2021

**FISH & RICHARDSON P.C.**

By: */s/ Lance E. Wyatt, Jr.*
Patrick G. Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89168
Tel. 702.784.5200

| | |
|---|---|
| 1 | Neil J. McNabnay |
| 2 | (*Admitted Pro Hac Vice*) |
|   | mcnabnay@fr.com |
| 3 | Ricardo J. Bonilla |
|   | (*Admitted Pro Hac Vice*) |
| 4 | rbonilla@fr.com |
|   | Lance E. Wyatt, Jr. |
| 5 | (*Admitted Pro Hac Vice*) |
| 6 | wyatt@fr.com |
|   | **FISH & RICHARDSON P.C.** |
| 7 | 1717 Main Street, Suite 5000 |
|   | Dallas, Texas 75201 |
| 8 | Telephone: (214) 747-5070 |
|   | Facsimile: (214) 747-2091 |
| 9 | |
| 10 | *Attorneys for Defendants* |
|    | MGM RESORTS INTERNATIONAL, GOLDEN |
| 11 | NUGGET, LLC, LANDRY'S LLC, LAS VEGAS |
|    | SANDS CORP. |
| 12 | |
| 13 | By: */s/ Andrew D. Weiss (with permission)* |
|    | Larry C. Russ (*pro hac vice*) |
| 14 | Marc A. Fenster (*pro hac vice*) |
|    | Benjamin T. Wang (*pro hac vice*) |
| 15 | Andrew D. Weiss (*pro hac vice*) |
|    | Minna Y. Chan (*pro hac vice*) |
| 16 | James Tsuei (*pro hac vice*) |
| 17 | 12424 Wilshire Boulevard, 12th Floor |
|    | Los Angeles, California 90025 |
| 18 | Telephone: (310) 826-7474 |
|    | Facsimile: (310) 826-6991 |
| 19 | Email: lruss@raklaw.com |
|    | mfenster@raklaw.com |
| 20 | bwang@raklaw.com |
| 21 | aweiss@raklaw.com |
|    | mchan@raklaw.com |
| 22 | jtsuei@raklaw.com |
|    | BORGHESE LEGAL, LTD. |
| 23 | Mark Borghese - Nevada Bar No. 6231 |
|    | mark@borgheselegal.com |
| 24 | 10161 Park Run Drive, Suite 150 |
| 25 | Las Vegas, Nevada 89145 |
|    | Telephone: (702) 382-0200 |
| 26 | Facsimile: (702) 382-0212 |
| 27 | |
|    | *Attorneys for Plaintiff* |
| 28 | LINKSMART WIRELESS TECHNOLOGY, LLC |

2

IT IS SO ORDERED:   JOINT STIPULATION FOR EXTENSION OF CASE SCHEDULE is granted.

_____

UNITED STATES DISTRICT JUDGE

DATED: February 25, 2021