**RUSS, AUGUST & KABAT**
Larry C. Russ (*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Benjamin T. Wang (*pro hac vice*)
bwang@raklaw.com
Andrew D. Weiss (*pro hac vice*)
aweiss@raklaw.com
Minna Y. Chan (*pro hac vice*)
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:    (310) 826-7474
Facsimile:    (310) 826-6991

**BORGHESE LEGAL, LTD.**
Mark Borghese - Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 382-0200
Facsimile:    (702) 382-0212

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>    *Plaintiff*,<br><br>    v.<br><br>CAESARS ENTERTAINMENT CORPORATION<br><br>    *Defendant*. | Case No.: 2:18-cv-00862-MMD-NJK LEAD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>    *Plaintiff*, | Case No. 2:18-cv-00868-MMD-NJK |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*v.*

WYNN RESORTS, LIMITED

*Defendant.*

RUSS, AUGUST & KABAT

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Linksmart Wireless Technology, LLC and Defendants Caesars Entertainment Corporation and Wynn Las Vegas, LLC, hereby stipulate to the dismissal of all claims asserted in this action with prejudice with each party bearing its own costs, expenses, and attorney fees.

Dated: March 11, 2021                                   Respectfully submitted,

| | |
|---|---|
| **RUSS, AUGUST & KABAT** | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| By: /s/ Benjamin T. Wang<br>**RUSS, AUGUST & KABAT**<br>Larry C. Russ (*pro hac vice*)<br>Marc A. Fenster (*pro hac vice*)<br>Benjamin T. Wang (*pro hac vice*)<br>Andrew D. Weiss (*pro hac vice*)<br>Minna Y. Chan (*pro hac vice*)<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br>Email: lruss@raklaw.com<br>mfenster@raklaw.com<br>bwang@raklaw.com<br>aweiss@raklaw.com<br>mchan@raklaw.com<br><br>**BORGHESE LEGAL, LTD.**<br>Mark Borghese - Nevada Bar No. 6231<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0200<br>Facsimile: (702) 382-0212<br>Email: mark@borgheselegal.com<br><br>*Attorneys for Plaintiff*<br>LINKSMART WIRELESS TECHNOLOGY, LLC | By: /s/ Michael J. Turton<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com<br>Andrew N. Saul (*pro hac vice*)<br>asaul@kilpatricktownsend.com<br>1100 Peachtree Street NE Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: 404 815 6500<br>Facsimile: 404 815 6555<br><br>**SNELL & WILMER L.L.P.**<br>Paul Swenson Prior<br>Nevada Bar No. 9324<br>sprior@swlaw.com<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br><br>*Attorneys for Defendants*<br>CAESARS ENTERTAINMENT CORPORATION and WYNN LAS VEGAS, LLC |

IT IS SO ORDERED.
Dated: 3/15/2021

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on March 11, 2021, with a copy of this document via the Court's CM/ECF system.

                                            /s/ Benjamin T. Wang
                                            Benjamin T. Wang