**RUSS, AUGUST & KABAT**
Larry C. Russ (*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Benjamin T. Wang (*pro hac vice*)
bwang@raklaw.com
Andrew D. Weiss (*pro hac vice*)
aweiss@raklaw.com
Minna Y. Chan (*pro hac vice*)
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

**BORGHESE LEGAL, LTD.**
Mark Borghese - Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 382-0200
Facsimile:     (702) 382-0212

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>*v.*<br><br>CAESARS ENTERTAINMENT CORPORATION<br><br>*Defendant*. | Case No.: 2:18-cv-00862-MMD-NJK LEAD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

RUSS, AUGUST & KABAT

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Linksmart Wireless Technology, LLC

2    and Defendants MGM Resorts International, Golden Nugget, LLC and Landry's LLC, and Las

3    Vegas Sands Corp. (collectively, "Defendants"), hereby stipulate to the dismissal of Plaintiff's

4    claims asserted in this action with prejudice and the dismissal of Defendants' counterclaims

5    asserted in this action without prejudice, with each party bearing its own costs, expenses, and

6    attorney fees.

7

8    Dated: April 22, 2021                    Respectfully submitted,

9

10   **RUSS, AUGUST & KABAT**                 **FISH & RICHARDSON P.C.**

11

12   By:  */s/ Benjamin T. Wang*         By:  */s/ Lance E. Wyatt, Jr.*
         **RUSS, AUGUST & KABAT**              **FISH & RICHARDSON P.C.**
13       Larry C. Russ (*pro hac vice*)        Patrick G. Byrne
         Marc A. Fenster (*pro hac vice*)      Nevada Bar No. 7636
14       Benjamin T. Wang (*pro hac vice*)     pbyrne@swlaw.com
         Andrew D. Weiss (*pro hac vice*)      3883 Howard Hughes Parkway, Suite 1100
15       Minna Y. Chan (*pro hac vice*)        Las Vegas, Nevada 89168
         12424 Wilshire Boulevard, 12th Floor  Tel. 702.784.5200
16       Los Angeles, California 90025
         Telephone:  (310) 826-7474
17       Facsimile:   (310) 826-6991           Neil J. McNabnay
         Email: lruss@raklaw.com               (*Admitted Pro Hac Vice*)
18              mfenster@raklaw.com            mcnabnay@fr.com
                bwang@raklaw.com               Ricardo J. Bonilla
19              aweiss@raklaw.com              (*Admitted Pro Hac Vice*)
                mchan@raklaw.com               rbonilla@fr.com
20                                             Lance E. Wyatt, Jr.
         **BORGHESE LEGAL, LTD.**              (*Admitted Pro Hac Vice*)
21       Mark Borghese - Nevada Bar No. 6231   wyatt@fr.com
         10161 Park Run Drive, Suite 150       1717 Main Street, Suite 5000
22       Las Vegas, Nevada 89145              Dallas, Texas 75201
         Telephone:    (702) 382-0200          Telephone: (214) 747-5070
23       Facsimile:    (702) 382-0212          Facsimile: (214) 747-2091
         Email:        mark@borgheselegal.com
24
         *Attorneys for Plaintiff*
25       LINKSMART WIRELESS                    *Attorneys for Defendants*
         TECHNOLOGY, LLC                       MGM RESORTS INTERNATIONAL,
26                                             GOLDEN NUGGET, LLC, LANDRY'S LLC,
                                               LAS VEGAS SANDS CORP.
27   IT IS SO ORDERED:
28   dated: 4/22/2021
                                               _____
                                               U.S. District Judge

RUSS, AUGUST & KABAT

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on April 22, 2021, with a copy of this document via the Court's CM/ECF system.

*/s/ Benjamin T. Wang*
Benjamin T. Wang

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE